Recording Requested By:
Bank of America
Prepared By:  Aida Duenas
450 E. Boundary St.
Chapin, SC 29036
888-603-9011
When recorded mail to:
CoreLogic
450 E. Boundary St.
Attn: Release Dept.
Chapin, SC 29036

Property Address:
2893 Capella Way
Thousand Oaks, CA 91362-4952
3/8/2012

**20120321-00053444-0 1/2**
Ventura County Clerk and Recorder
MARK A. LUNN
03/21/2012 02:27:49 PM
598402 $21.00 CE

MIN #                    MERS Phone #

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned holder of a Deed of Trust (herein "Assignor") whose address is **1901 E Voorhees Street, Suite C, Danville, IL 61834** does hereby grant, sell, assign, transfer and convey unto **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-9** whose address is **101 BARCLAY ST - 4W, NEW YORK ,NY 10286** all beneficial interest under that certain Deed of Trust described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Deed of Trust.

Original Lender:        CMS CAPITAL GROUP INC
Original Borrower(s):   BRANDIN EVANS AND ALISA CARPENTER, HUSBAND AND WIFE AS JOINT TENANTS
Original Trustee:       LANDAMERICA LAWYERS TITLE COMPANY
Date of Deed of Trust:  4/10/2007
Original Loan Amount:   $483,000.00

Recorded in Ventura County, CA on: 4/24/2007, book N/A, page N/A and instrument number 20070424-00084159-0

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Deed of Trust to be executed on

3/9/12

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: Trista Jackson Assistant Secretary



IMP        Orion Financial Group            00001

BRANDIN EVANS
Specialized Loan Servicing, LLC / 5001        DOT Matches Request
BONY

State of California
County of Ventura

On **MAR 0 9 2012** before me, **Navid Paktan**, Notary Public, personally appeared **Trisha Jackson**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity (ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public: **Navid Paktan**      (Seal)
My Commission Expires: **3-11-13**

> NAVID PAKTAN
> Commission # ▮▮▮▮
> Notary Public - California
> Santa Clara County
> My Comm. Expires Mar 11, 2013

DocID# ▮▮▮▮▮▮▮