Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Brandin Alan Evans | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number _____
(if known)

# EXHIBIT "D"

☐ Check if this is an
amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

| 2.1 | **Accredited Surety & Casualty** | | | | |
|---|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **Describe the property that secures the claim:** |
| 4798 New Broad Street, Suite 200 Orlando, FL 32814 | 2893 Capella Way, Thousand Oaks, CA 91362 Ventura County |

| | | |
|---|---|---|
| | $50,000.00 | $850,000.00 | $0.00 |

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)   Bond was repaid. Should have been removed.

Date debt was incurred _____   Last 4 digits of account number _____

---

| 2.2 | **Newrez** |
|---|---|

| | |
|---|---|
| Creditor's Name | **Describe the property that secures the claim:** |
| 601 Office Center Dr Fort Washington, PA 19034-3275 | 2893 Capella Way, Thousand Oaks, CA 91362 Ventura County |

| | | |
|---|---|---|
| $553,189.00 | $850,000.00 | $0.00 |

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   2007-04   Last 4 digits of account number   7561

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1  __Brandin Alan Evans_____     Case number (if known) _____

       First Name         Middle Name         Last Name

| | | | | |
|---|---|---|---|---|
| **2.3** | **Verdigris Homeowners Association** | **Describe the property that secures the claim:** | $21,000.00 | $850,000.00 | $0.00 |

**2.3** **Verdigris Homeowners Association**

Creditor's Name

Pamela Moore/Law Offices
of Pamela Moore
1111 E. Katella Avenue,
Suite 200
Orange, CA 92867

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Describe the property that secures the claim:**

2893 Capella Way, Thousand Oaks,
CA 91362
Ventura County

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated
☒ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)   HOA Dispute

Date debt was incurred _____     Last 4 digits of account number _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $624,189.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $624,189.00 |

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]

Name, Number, Street, City, State & Zip Code
Newrez
Attn: Bankruptcy
PO Box 10826
Greenville, SC 29603-0826

On which line in Part 1 did you enter the creditor?  __2.2__

Last 4 digits of account number ___