# EXHIBIT "E"

## LOAN DETAILS

| | |
|---|---|
| LoanID: | ██████ |
| Due Date: | 7/1/2023 |
| Current Principal Balance: | $490,366.27 |
| Escrow Balance: | ($18,581.75) |
| Unapplied Balance: | $1,217.08 |
| Late Charge Balance: | $217.08 |
| NSF Fee Balance: | $0.00 |
| Legal Fee Balance: | $2,543.00 |
| Accrual Balance: | $0.00 |
| Other Fees Balance: | $362.74 |
| Figure Good Thru Date: | 12/17/2025 |

## BORROWER INFO

| | |
|---|---|
| Primary Borrower Name: | EVANS, BRANDIN |
| Co Borrower Name: | CARPENTER, ALISA |

## REINSTATEMENT FIGURES

| | |
|---|---|
| Total PITI Payments Due: | $84,353.88 |
| Default Interest Due: | |
| Total Corp Adv/Late/NSF/Atty Fees: | $3,122.82 |
| Unapplied Balance: | ($1,217.08) |
| Escrow Required: | $0.00 |
| Outstanding FC Fees & Costs: | $0.00 |
| **Total Reinstatement Figure*:** | **$86,259.62** |

*(Total PITI + Fees + Unapplied + Escrow Required + FC Fees & Costs)

The account may not be funded for the coming year

**Please add any outstanding foreclosure fees and costs to this reinstatement



**PAYMENTS DUE DETAIL**

| Due Date | Interest Rate | Prin & Int Pmt | Escrow Pmt | Total Payment | Principal Amount | Interest Amount | Principal Bal |
|---|---|---|---|---|---|---|---|
| 7/1/2023 | 3.875% | $2,170.94 | $545.02 | $2,715.96 | $587.47 | $1,583.47 | $489,778.80 |
| 8/1/2023 | 3.875% | $2,170.94 | $545.02 | $2,715.96 | $589.36 | $1,581.58 | $489,189.44 |
| 9/1/2023 | 3.875% | $2,170.94 | $545.02 | $2,715.96 | $591.27 | $1,579.67 | $488,598.17 |
| 10/1/2023 | 3.875% | $2,170.94 | $545.02 | $2,715.96 | $593.17 | $1,577.77 | $488,005.00 |
| 11/1/2023 | 3.875% | $2,170.94 | $545.02 | $2,715.96 | $595.09 | $1,575.85 | $487,409.91 |
| 12/1/2023 | 3.875% | $2,170.94 | $545.02 | $2,715.96 | $597.01 | $1,573.93 | $486,812.90 |
| 1/1/2024 | 3.875% | $2,170.94 | $559.64 | $2,730.58 | $598.94 | $1,572.00 | $486,213.96 |
| 2/1/2024 | 3.875% | $2,170.94 | $559.64 | $2,730.58 | $600.87 | $1,570.07 | $485,613.09 |
| 3/1/2024 | 3.875% | $2,170.94 | $559.64 | $2,730.58 | $602.81 | $1,568.13 | $485,010.28 |
| 4/1/2024 | 3.875% | $2,170.94 | $559.64 | $2,730.58 | $604.76 | $1,566.18 | $484,405.52 |
| 5/1/2024 | 3.875% | $2,170.94 | $559.64 | $2,730.58 | $606.71 | $1,564.23 | $483,798.81 |
| 6/1/2024 | 3.875% | $2,170.94 | $559.64 | $2,730.58 | $608.67 | $1,562.27 | $483,190.14 |
| 7/1/2024 | 3.875% | $2,170.94 | $559.64 | $2,730.58 | $610.64 | $1,560.30 | $482,579.50 |
| 8/1/2024 | 3.875% | $2,170.94 | $559.64 | $2,730.58 | $612.61 | $1,558.33 | $481,966.89 |
| 9/1/2024 | 3.875% | $2,170.94 | $559.64 | $2,730.58 | $614.59 | $1,556.35 | $481,352.30 |
| 10/1/2024 | 3.875% | $2,170.94 | $559.64 | $2,730.58 | $616.57 | $1,554.37 | $480,735.73 |
| 11/1/2024 | 3.875% | $2,170.94 | $559.64 | $2,730.58 | $618.56 | $1,552.38 | $480,117.17 |
| 12/1/2024 | 3.875% | $2,170.94 | $559.64 | $2,730.58 | $620.56 | $1,550.38 | $479,496.61 |
| 1/1/2025 | 3.875% | $2,170.94 | $585.77 | $2,756.71 | $622.57 | $1,548.37 | $478,874.04 |
| 2/1/2025 | 3.875% | $2,170.94 | $585.77 | $2,756.71 | $624.58 | $1,546.36 | $478,249.46 |
| 3/1/2025 | 3.875% | $2,170.94 | $585.77 | $2,756.71 | $626.59 | $1,544.35 | $477,622.87 |
| 4/1/2025 | 3.875% | $2,170.94 | $585.77 | $2,756.71 | $628.62 | $1,542.32 | $476,994.25 |
| 5/1/2025 | 3.875% | $2,170.94 | $585.77 | $2,756.71 | $630.65 | $1,540.29 | $476,363.60 |
| 6/1/2025 | 3.875% | $2,170.94 | $585.77 | $2,756.71 | $632.68 | $1,538.26 | $475,730.92 |
| 7/1/2025 | 3.875% | $2,170.94 | $954.21 | $3,125.15 | $634.73 | $1,536.21 | $475,096.19 |
| 8/1/2025 | 3.875% | $2,170.94 | $954.21 | $3,125.15 | $636.78 | $1,534.16 | $474,459.41 |
| 9/1/2025 | 3.875% | $2,170.94 | $954.21 | $3,125.15 | $638.83 | $1,532.11 | $473,820.58 |
| 10/1/2025 | 3.875% | $2,170.94 | $954.21 | $3,125.15 | $640.89 | $1,530.05 | $473,179.69 |
| 11/1/2025 | 3.875% | $2,170.94 | $954.21 | $3,125.15 | $642.96 | $1,527.98 | $472,536.73 |
| 12/1/2025 | 3.875% | $2,170.94 | $954.21 | $3,125.15 | $645.04 | $1,525.90 | $471,891.69 |

Total Payments Due: $84,353.88    Count: 30

**Please add any outstanding foreclosure fees and costs to this reinstatement

